first instance by the Appellate Division, and ordering judgment in favor of plaintiff upon a verdict directed by the court.

*Henry K. Davis* for appellants.

*Austin E. Pressinger* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Not voting: O'BRIEN, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
THOMAS J. RAY, Respondent.

*People.v. Ray*, 36 App. Div. 389, appeal dismissed.
(Argued March 14, 1900; decided March 20, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1899, reversing a judgment of the Orange County Court convicting the defendant of the crime of feloniously receiving stolen goods, and granting a new trial.

*A. H. F. Seeger* for appellant.

*Benjamin McClung* for respondent.

Appeal dismissed; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Not sitting: CULLEN, J.

---

GEORGE W. BERGEN et al., Appellants, *v.* JOHN M. HITCHINGS, Respondent.

*Bergen v. Hitchings*, 22 App. Div. 395, appeal dismissed.
(Argued March 15, 1900; decided March 20, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made November 30, 1897, reversing a judgment in favor of plaintiffs entered upon the report of a referee, and granting a new trial.